



```
                    Bwell
                 PR  854  KM
                4.3  Parque Industrial

11/26/2022                          17:03

              WITHDRAWAL

RRN: 44970000423           Batch #: 078
DEBIT                              Chip
************3257                   **/**

Resp:                          00-Approved
Ref #:                                 423
Bus. Date:                       11/26/2022

BASE AMT:                          $80.00
Fee                                 $3.50
                                 ---------
TOTAL AMT:                         $83.50

App Name:                      ATH DEBITO
AID:                    A0000000980840
TVR:                         80 80 04 80 00
TSI:                                 78 00

                Thank-You
              Please Come Again
```




DEBIT CARD WITHDRAWAL 1002 98th St E
28 DE NOVIEMBRE DE 2022
-$83.50

12:24  MultiCuenta Popular