**Solution Information**

New Line Processing PR. LLC. (NLP PR) supports depository banking and payment processing solutions that are compliant and cover all transactional financial services. ANY Marijuana related business (MRB) would need to support their business . Our goal is to provide our valued clients with traditional methods to transact with its's merchants, vendors, suppliers, and beyond.

**We propose using World Exchange, which is a Swiss Trust domiciled in Colorado. The Trust establishes a primary operating account for the MRB through Waypoint Bank. By using a managed Trust, we have the flexibility to customize the way an account is set up. All funds on deposit are covered under FDIC. This is a traditional bank account for all intents and purposes (DDA account). Every depository client can receive a physical checkbook and debit card for accessibility of funds. These accounts can accept ACH inbound settlement deposits from a 3rd party processor.**

**World X-Change uses a virtual banking platform which provides the ability for any client who is depositing with them the ability to transact with another party on the platform instantaneously.** This will be reflected in both the senders' and the receiver's' bank account that sits behind the virtual bank platform.

**Business Account Virtual Closed Loop Banking Features:**

- Physical Checkbook and Debit Card
- **ACH**
- **Peer-to-Peer Transactions (P2P)**
- **Wire Capabilities**
- **Fully Insured Trust**
- Portal Login for Accessibility
- **FDIC Insured Bank**



NEW LINE PROCESSING

TU COOP

27

## TRUST ORGINAZATIONAL CHART

### X International Companies, Inc.

Localizado en Suiza

X International Trusts, Investments, and Exchange, KB

**Waypoint** bank
Waypoint Bank
- Banco en Colorado que mantiene la cuenta de World XChange

Trust Localizado en Nevis

WORLD X BANC

Registrado en Florida. No tiene presencia física

Localizado en Colorado

WORLD X CHANGE

Representa a Xbanc
Mantiene cuenta en Waypoint Bank en Colorado
Mantiene subcuentas para los dispensarios de PR

28


29

## FLUJOGRAMA


30



31



32