AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

COOPERATIVA DE AHORRO Y CREDITO TUCOOP

*Plaintiff(s)*

v.

3G GREEN GOLD GROUP LLC

*Defendant(s)*

Civil Action No. 3:23-cv-01301-RAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 3G GREEN GOLD GROUP LLC
209 Ave. Roberto H. Todd,
San Juan, PR 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Osvaldo Carlo Linares, Esq.
Lydia M. Ramos Cruz, Esq.
1509 Lopez Landron St.
American Airlines Bldg, PH
San Juan, PR 00911

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia-Rivera, Esq., CPA
*CLERK OF COURT*

Date: 06/08/2023

*Viviana Diaz-Mulero*
Digitally signed by
Viviana Diaz-Mulero
Date: 2023.06.08 09:41:02
-04'00'

*Signature of Clerk or Deputy Clerk*

Case 3:23-cv-01301-RAM   Document 8   Filed 06/14/23   Page 2 of 2
Case 3:23-cv-01301-RAM   Document 5   Filed 06/08/23   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01301-RAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 3G Green Gold Group, LLC
was received by me on *(date)* Junio 9, 2023.

☐ I personally served the summons on the individual at *(place)* Ave. Muñoz Rivera #650 Suite 601 San Juan on *(date)* Junio 12/2023 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Marisa Hernandez Cardona. Persona autorizada al recibir este documento, who is designated by law to accept service of process on behalf of *(name of organization)* 3G Green Gold Group LLC on *(date)* 12 Junio/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Junio 12/2023

Server's signature

Luis Serrano
Printed name and title

Server's address

Additional information regarding attempted service, etc:

M. Hdz
12/Junio/2023
12:38 pm.